JS-6

FILED
CLERK, U.S. DISTRICT COURT

10/1/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CW____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOTIUM, INC. and SHIJIAHUANG MARCH AUTO PARTS CO. LTD., <br><br> **Plaintiffs,** <br><br> v. <br><br> JOSEPH LEUNG, A.K.A JOEY LEUNG, an individual; YAT SIK YUNG, an individual; MICHAEL YU, an individual; SYMELI INC, a California Corporation and DOES 1-10, inclusive, <br><br> **Defendants.** | Case No.: CV 20-00869-CJC (ASx) <br><br> **JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT YAT SIK YUNG** |

  This matter came before the Court on Plaintiffs' motion for default judgment against Yat Sik Yung. (Dkt. 50.) On October 1, 2020, the Court granted Plaintiffs' motion. In accordance with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of Plaintiffs and against Yung.

Plaintiffs are awarded $100,000 in statutory damages and $5,600 in attorney fees. In addition, Yat Sik Yung and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert of participation with him, are **PERMANENTLY ENJOINED** from:

A. Directly or indirectly infringing Motium trademark in any manner, including, but not limited to, manufacturing, importing, distributing, advertising, selling, or offering for sale any products which infringe the Motium mark or constitute a counterfeit Motium product;

B. Engaging in any conduct that tends to falsely represent that, or is likely to confuse, mislead or deceive public to believe that Young's actions and the products sold by him are sponsored, approved or licensed by Plaintiffs, or are in some way affiliated with Plaintiffs.

DATED: October 1, 2020

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE